NO. 18971

| | | |
|---|---|---|
| Willis Henry Green, | § | IN THE TEXAS COURT |
| PETITIONER | § | |
| | § | |
| VS. | § | OF |
| | § | |
| THE STATE OF TEXAS, | § | |
| RESPONDENT | § | CRIMINAL APPEALS |

FILED IN
COURT OF CRIMINAL APPEALS

APR 14 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Willis Henry Green, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the 12th District Court of Cherokee County, Texas of the offense of Burglary of Habitation in Cause No. 18971, styled The State of Texas vs. Willis Henry Green The Petitioner appealed to the Court of Appeals, _____ Supreme Judicial District, Appeal No. 12-13-00391-CR. The case was affirmed on March 18, 2015.

### II.

The present deadline for filing the Petition for Discretionary Review is April 18 2015. The Petitioner has not requested any extension prior to this request.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

REC'D IN COURT OF APPEALS
12th Court of Appeals District

APR 06 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until _March 26, 2015_. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, _Allen W. Ross_, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. _18971_ to _May 18, 2015_.

Respectfully submitted,

_Willis Green_

Petitioner Pro Se
TDCJ #
Texas Department of Criminal Justice

## CERTIFICATE OF SERVICE

I, _Willis Henry Green_ , do hereby certify that a true and correct copy

of the above and foregoing Motion for Extension of Time to File a Petition for

Discretionary Review, has been forwarded by United States Mail, postage

prepaid, first class, to the State Prosecuting Attorney, P. O. Box 12405, Austin,

TX 78711, and the District Attorney for _Cherokee_ County,

_Texas_ on this the _29_

day of _March_ , 200 _5_.

_Willis Green_
Petitioner Pro Se

Date: 4- -15

Ms. Louise Pearson, Clerk
Court of Criminal Appeals
PO Box 12308
Austin, TX 78711

Dear Ms. Pearson:

Enclosed please find my pro se Petitioner's Motion for Extension of Time to File a Petition for Discretionary Review. Please file this Motion with the papers of this case and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Court's ruling on my Motion.

Sincerely,

_Willi Drum_
Petitioner Pro Se
TDCJ # _1912498_
Texas Department of Criminal Justice
Unit: _TR Havins_
Address: _500 FM 45 East_
_Brownwood, Tx 76801_

Willis Creca 1912498
TR-14 AV-15
500 FM 45 East
Brownwood, TX 76801



ABILENE TX 795

31 MAR 2015 PM 2 L

12th Court of Appeals
1517 W. Front Street # 354
Tyler, Texas 75702